FD-597 (Rev 8-11-94)                                                                             Page __1__ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __March 20, 2016__             item(s) listed below were:
                                                                  ☐ Received From
                                                                  ☐ Returned To
                                                                  ☐ Released To
                                                                  ☒ Seized

(Name) __Ian Bernard__
(Street Address) __73 Leverett St.__
(City) __Keene, NH__

Description of Item(s):

- Samsung Model SCH-1545V - 256691C201036L18113
- Sony 8MC memory card (black)
- Sony clear memory card
- Icy Doc 03524694
- Icy Dir 14129962
- Icy Doc 14125365
- Axis hard drive SN LXR4402310109497921601
- WD My Passport s/n WXB1EC24EU52
- Adata thumb drive
- Sony Camcorder s/n 1179002
- Seagate hard drive s/n WiE42NGS
- Samsung Galaxy s/n 990004354791141
- Hard drive, NewTech
- LG phone s/n 411CYFT19SW7
- Lenovo Notebook s/n PC-00A7A9
- Dell laptop s/n 65KMGV1
- NZXT black computer tower
- HP Computer SN CNX939135P
- Emerson - Ville, Cheshire 01 Co bill

Received By: _____      Received From: _____
                                 (Signature)                                           (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) March 20, 2016

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Ian Bernard
(Street Address) 73 Leverett St.
(City) Keene, NH

Description of Item(s):

Survivor flash
Black thumbdrive
Black thumbdrive
D.. (ruz. / 8GB drive
Looped thumb drive
Canon Vixia HF30 AVCHD
32GB Transcend SDHC
64GB Transcend SDHC
Cruzer 64GE 64GB USB
Four 250GB hard drives - WCATIES93313 - WCATIES05659 - WCATIEC-17535 - WCATIE619566
Two 150GB hard drives WXD0CB971033 - WCCCATIE2644
Canon Vixia HF100
HD+SDHC w/battery
Black Case with misc DVDs/CDs
36GB WD hard drive
80GB Seagate HD
HP laptop S/N CNF1091WPX
Printhead Camera flash
Polaroid camera (?)

Received By: _____(Signature)_____    Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)            Page 3 of ____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) March 20, 2016

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ian Berrard

(Street Address) 73 Leavitt St.

(City) Yerna, NH

Description of Item(s):

Samsung SSD-120GB S/N S1D5NSBF6302-48Y

2 External hard drives, 1 Toshiba, 1 Orico

Custom desktop

ConIt CD/DVD case w/assorted DVDs

Custom rack

USB Safenet Sentinel attached to back of server

2GB Sanza Sandisk

Asus desktop custom

Received By: _____(Signature)_____  Received From: _____(Signature)_____