AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-100

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Bailey
was received by me on *(date)* March 23, 2022 .

☐ I personally served the summons on the individual at *(place)* 
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I placed in the United States mail on May 20, 2022, via certified mail, return receipt requested, a copy of the Summons, Important Notice & Complaint to the FBI office in Chelsea, MA, the clerk of the United States Attorney's office-NH in Concord, NH and to the Attorney General of the United States in Washington, D.C. Attached is proof of service to each organization.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 16, 2022

*Server's signature*

Jared Bedrick, attorney for Plaintiff
*Printed name and title*

Champions Law
170 West Road
Portsmouth, NH 03801
*Server's address*

Additional information regarding attempted service, etc:

**Print**  **Save As...**  **Reset**





# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70220410000079008642

Your item was delivered to an individual at the address at 11:25 am on May 23, 2022 in CHELSEA, MA 02150.

USPS Tracking Plus® Available ˅

## ✓ Delivered, Left with Individual

May 23, 2022 at 11:25 am
CHELSEA, MA 02150

Feedback

Get Updates ˅

---

Text & Email Updates ˅

---

Tracking History ˅

---

USPS Tracking Plus® ˅

---

Product Information ˅

---

See Less ˄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70220410000079008666

Your item was delivered to the front desk, reception area, or mail room at 10:32 am on May 23, 2022 in CONCORD, NH 03301.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

May 23, 2022 at 10:32 am
CONCORD, NH 03301

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70220410000079008659

Your item was picked up at a postal facility at 4:56 am on May 26, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

May 26, 2022 at 4:56 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK and IAN FREEMAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> SCOTT BAILEY, in his official capacity as Special Agent of the Federal Bureau of Investigation <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-100 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCOTT BAILEY
FBI Boston Field Office
201 Maple Street
Chelsea, MA 02150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared Bedrick
Champions Law
170 West Road, Suite 6D
Portsmouth, NH 03801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/23/2022
**with ECF Notice attached.**

FCP KGN'L0N[ PEJ , Clerk

By: /s/ Megan Cahill, Deputy Clerk
**Mar 23, 2022**

# U.S. DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

## **IMPORTANT NOTICE**

## **ATTORNEYS REQUIRED TO FILE ELECTRONICALLY**

Unless specifically exempted, all documents submitted by members of the bar of this district, as well by attorneys admitted pro hac vice, shall be filed in accordance with the district's Administrative Procedures for Electronic Case Filing ("ECF"). For attorneys, that means that while some limited documents will still be filed in paper format, the vast majority of all future pleadings must be submitted electronically using the court's Electronic Case Filing (ECF) system (including cases involving pro se parties). Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.

The District of New Hampshire is a NextGen CM/ECF court, which means attorneys use their individual PACER accounts to file documents in this district Section 6.1 of the Administrative Procedures for ECF requires that attorneys appearing in an ECF case must request access to the court's ECF system through PACER. However, attorneys who filed in this district prior to November 12, 2019 must instead link their individual PACER account with their legacy ECF account.

For more information on NextGen CM/ECF visit the court's website.

**NOTICE TO PLAINTIFF: You are instructed to serve a copy of this notice on all parties in this case along with the complaint.**

    DANIEL J. LYNCH
    Clerk

USDCNH-91 (Rev. 12-19)

# United States District Court
## District of New Hampshire

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, IAN FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BAILEY, in his official capacity as Special Agent of the Federal Bureau of Investigation,<br><br>Defendant, | Docket No.: 1:22-cv-100 |

---

## COMPLAINT

---

NOW COME your Plaintiffs, Free Shire Church Monadnock and Ian Freeman, by and through counsel, who complain against Defendant Scott Bailey as follows:

1. In 2016, agents of the federal government raided the Free Shire Church Monadnock and seized its computers, camcorders, and other items capable of storing digital data. After six years, the sum total of the government's efforts is *nothing*. Not a single criminal or civil action related to the seized property was

ever instituted. Now the owners of the property, the Shire Free Church Monadnock and its chairman, Ian Freeman, seek to finally recover what's theirs.

*Parties and Standing*

2. Plaintiff Shire Free Church Monadnock (the "Church") is a domestic nonprofit corporation registered with the State of New Hampshire. It has a principal office address of 73 & 75 Leverett Street in Keene, NH (the "Searched Premises") for which it holds legal title. At all relevant times, the Church maintains a possessory interest in the property found within the Searched Premises and seized by the Defendant as further explained below.

3. Plaintiff Ian Freeman ("Freeman") is the Chairman of the Board of Directors that governs the Church.

4. Defendant Scott Bailey ("Bailey") is and was at all relevant times a Special Agent with the Federal Bureau of Investigation ("FBI"). Bailey is subject to suit in his official capacity as the Plaintiff seeks prospective injunctive relief.

*Jurisdiction*

5. Both Counts in this suit invoke the Court's federal question jurisdiction under 28 U.S.C. § 1331 as they allege "civil actions arising under the Constitution[ or] laws… of the United States."

6. Further Jurisdiction for Count I, *infra*, arises under 28 U.S.C. § 1356 as it relates to a "seizure under any law of the United States on land or upon waters not within admiralty and maritime jurisdiction…."

7. Further Jurisdiction for Count II, *infra*, arises under 28 U.S.C. § 1346(a)(2) as this is a "civil action or claim against the United States, not exceeding $10,000 in amount, founded … upon the Constitution …."

*Facts*

8. On February 20, 2015, U.S. Magistrate Judge Theresa Buchanan of the Eastern District of Virginia issued a search warrant authorizing the use of a network investigative technique ("NIT") to be deployed on a computer server operating on the "Tor" network that was housed in a government facility in the Eastern District of Virginia. The NIT aimed to capture information from various "activating" computers in other jurisdictions.

9. At that time, Rule 41 did not authorize warrants to seize property outside of a judicial officer's geographical district.

10. On March 18, 2016, U.S. Magistrate Judge Daniel Lynch of the District of New Hampshire issued a search warrant authorizing a search of the Searched Premises, 73 Leverett Street in Keene, New Hampshire, and the seizure of its

contents, including computers, digital storage, and related records. This warrant was invalid insofar as it was based, in material part, on information gathered using the NIT from the February 20 warrant.

11. On March 20, 2016 Defendant Bailey executed the invalid warrant at the Searched Premises and seized, *inter alia*: hard drives, hard drive enclosures, thumb drives, memory cards, camcorders, cell phones, desktop computers, and laptop computers. The items are listed in the attached warrant return. *See* Exhibit 1.

12. The seized items were critical to the Plaintiffs' media efforts as they enabled the recording and storage of the Plaintiffs' programming. Some of the hard drives, for example, contain some of the only copies of archived radio broadcasts.

13. The FBI continues to possess the items despite the lack of any continuing investigation. No criminal proceeding has been instituted that relates to the property at issue. No government agency has instituted any civil or criminal proceedings seeking forfeiture of the items listed above. Thus, the FBI's continued possession of the items lacks any justification.

*Count I - Return of Property*

14. The preceding paragraphs are hereby incorporated in this Count as if set forth at length.

15. Rule 41(g) of the Federal Rules of Criminal Procedure permits a "person aggrieved by an unlawful search and seizure of property or by the deprivation of property" to move for the property's return. Where, as here, the property is not related to any criminal action, Rule 41 merely codifies the Plaintiff's equitable interest in the property's return.

16. The Church is and has been the owner of the Searched Premises and its contents. Freeman, as chairman of the Church has a fiduciary responsibility to safeguard its property. Each is "aggrieved" by the FBI's seizure and continued possession of their belongings.

17. The property should be returned as the seizure was unlawful. The FBI seized the property under the auspices of a warrant that was meaningfully supported by information gathered in reliance of a separate warrant that exceeded its permissible scope.

18. Nonetheless, the right to seek return of property applies to legally, as well as to illegally, seized property. *See Government of the Virgin Islands v. Edwards*,

903 F.2d 267, 273 (3d Cir. 1990) ("Under [a] 1989 amendment, Rule 41(e) is no longer limited to property held following an unlawful search or seizure"). As the FBI no longer has an interest in the property, its continued possession deprives the Plaintiffs' the monetary value of each item, as well the irreplaceable intrinsic value of the data stored within those items that can store it.

*Count II - Deprivation of Rights Protected by the U.S. Constitution*

19. The preceding paragraphs are hereby incorporated in this Count as if set forth at length.

20. At all times Scott Bailey and the FBI acted under the color of its authority provided by Federal law.

21. Scott Bailey and the FBI gained possession over the Plaintiffs' property by virtue of a defective warrant.

22. The execution of a deficient warrant and continued possession of its fruits constitutes an unreasonable seizure of effects in violation of the Fourth Amendment to the United States Constitution that continues until the FBI returns the items.

WHEREFORE, your Plaintiffs pray this this Honorable Court will:

A. ORDER the Defendant to return the property listed in Exhibit 1;

B. AWARD the Plaintiffs their attorney's fees and costs to the extent authorized by 28 U.S.C. § 2412 or any other source; and

C. Grant such other and further relief as may be just and equitable.

Respectfully submitted,

SHIRE FREE CHURCH MONADNOCK
IAN FREEMAN
*through counsel*

Dated: 3/19/22

**/s/ Jared Bedrick, #20438**
CHAMPIONS LAW
170 West Road, Suite 6D
Portsmouth, NH 03801
(603) 436-8100
jared@champions.law

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) March 20, 2016

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Ian Bernard

(Street Address) 73 Leverett St.

(City) Keene, NH

Description of Item(s):

Samsung Model SCH-I545V - 256491 ZO1036I9113
Sony 8MB memory card (black)
Sony clear memory card
Ice Doc 075-24694
Icy Dr 14129962
Icy Doc 14125365
A+ hard drive SN LXR4402310109497921601
WD My Passport S/N WXB1EC24EV52
Adata thumb drive
Sony Camcorder S/N 1179002
Seagate hard drive S/N WIE42NG5
Samsung Galaxy S/N 990004354791141
Hard drive, New Tech
LG phone S/N 411CYFT19SN7
Lenovo Notebook S/N PC-00A279
Dell laptop S/N 65KMGV1
NZXT black computer tower
HP Computer SN CNX939135P
Everson Villa Cheshire Oil Co. bill

Received By: _____ (Signature)

Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) March 20, 2016

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Ian Bernard
(Street Address) 73 Leverett St.
(City) Keene, NH

Description of Item(s):

Survivor flash
Black thumbdrive
Black thumbdrive
D. Cruzer 1 8GB drive
Leopard thumb drive
Canon Vixia HF30 AVCHD
32GB Transcend SDHC
64GB Transcend SDHC
Cruzer 64GB 64GB USB
Four 250GB hard drives - WCATIE539312 - WCATIE505659 - WCATIELM535 - WCATIE619546
Two 150GB hard drive WXDOL89071033 - WCCAT142644
Canon Vixia HF100
HD+SDHC w/battery
Black camera with mini DVDs/CDs
36GB WD hard drive
50GB Seagate HD
HP laptop S/N CNF1091WPX
Printhead Canon flash
Polaroid w/case

Received By: _____(Signature)_____    Received From: _____(Signature)_____

FD-597 (Rev 8-11-94)                                                                                     Page 3 of ___

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) March 20, 2016

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ian Berrard

(Street Address) 73 Leavitt St.

(City) Yerna, NH

Description of Item(s):

Samsung SSD-120GB S/N S1D5NSBF6302-488

2 External hard drives, 1 Toshiba, 1 Orico

Custom desktop

Cam.It CD/DVD case w/assorted DVDs

Custom rack

USB Safenet Sentinel attached to back of server

2GB Sanja SanDisk

Asus desktop custom

Received By: _____(Signature)_____     Received From: _____(Signature)_____