UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, ) <br> IAN FREEMAN, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> SCOTT BAILEY, in his official capacity ) <br> as Special Agent of the Federal Bureau ) <br> of Investigation, ) <br> ) <br>     Defendant. ) <br> _____) | No. 1:22-CV-100-SM |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO, AND INCLUDING, SEPTEMER 6, 2022

    Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the District of New Hampshire, the defendant requests an extension of time to answer or otherwise plead to, and including, September 6, 2022.  In support of this Motion, the defendant states as follows:

    1.    The defendant's response to the plaintiffs' Complaint is currently due by July 22, 2022.

    2.    Undersigned counsel has been working closely with FBI's agency counsel in preparing a response to Plaintiffs' Complaint.  Currently, FBI has identified some seized items that can be returned, and is currently working to determine whether the remaining seized items can be returned.  Therefore, additional time to, and including, September 6, 2022, is being requested in order to complete a final analysis.

    3.    Plaintiffs' counsel, Jared Bedrick, Esquire, has been contacted and assents to this filing.

4. The requested extension will not result in the continuation of any hearing, trial or conference in this matter.

5. Due to the nature of this Motion, no supporting memorandum of law is required.

Therefore, the defendant requests that this Court grant this Motion extending the date to answer or otherwise plead to, and including, September 6, 2022.

          JANE E. YOUNG
          United States Attorney


          By: /s/ Michael McCormack
          Michael McCormack
          Assistant U.S. Attorney
          New Hampshire Bar No. 16470
          53 Pleasant Street, 4th Floor
          Concord, NH  03301
          (603) 225-1552
          Michael.McCormack2@usdoj.gov

Dated:  July 15, 2022