UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, <br> IAN FREEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT BAILEY, in his official capacity <br> as Special Agent of the Federal Bureau <br> of Investigation, <br><br> Defendant. | No. 1:22-CV-100-SM |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO, AND INCLUDING, OCTOBER 4, 2022

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the District of New Hampshire, the defendant requests an extension of time to answer or otherwise plead from September 6, 2022 to, and including, October 4, 2022. In support of this Motion, the defendant states as follows:

1. The defendant's response to the plaintiffs' Complaint is currently due by September 6, 2022.

2. Although undersigned counsel continues to work closely with the agency counsel, Defendants request an extension of time to coordinate and finalize its response.

3. Plaintiffs' counsel, Jared Bedrick, Esquire, has been contacted and assents to this filing.

4. The requested extension will not result in the continuation of any hearing, trial or conference in this matter.

5. Due to the nature of this Motion, no supporting memorandum of law is required.

Therefore, the defendant requests that this Court grant this Motion extending the date to answer or otherwise plead to, and including, October 4, 2022.

JANE E. YOUNG
United States Attorney


By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney
New Hampshire Bar No. 16470
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
Michael.McCormack2@usdoj.gov

Dated:  September 1, 2022