UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, )<br>IAN FREEMAN, )<br>　　　　)<br>　　Plaintiffs, )<br>　　　　)<br>　　v. )<br>　　　　)<br>　　　　)<br>SCOTT BAILEY, in his official capacity )<br>as Special Agent of the Federal Bureau )<br>of Investigation, )<br>　　　　)<br>　　Defendant. )<br>_____) | No. 1:22-CV-100-SM |

ASSENTED-TO MOTION TO CONTINUE PRETRIAL CONFERENCE

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the District of New Hampshire, the defendant requests that the Court continue the pretrial conference currently scheduled for December 12, 2022, at 11:00 a.m., for a period of at least 30 days. In support of this Motion, the defendant states as follows:

1. During the pretrial conference held on November 15, 2022, the Court scheduled a further pretrial conference for December 12, 2022, at 11:00 a.m.

2. As indicated to the Court and opposing counsel at the initial pretrial conference, the United States intends to obtain a warrant to search the personal property that the Plaintiffs' desire to have returned.

3. On December 6, 2022, Plaintiff Ian Freeman's criminal trial began.

4. The United States intends to wait until the conclusion of Freeman's criminal trial to obtain a warrant and search the personal property at issue in this case. As a result, the status of this case remains virtually unchanged from the November 15, 2022 pretrial conference.

5.	Given that the case status remains virtually unchanged, Defendant believes the pretrial conference scheduled for December 12, 2022 is not necessary, and believes it would be more beneficial to the parties and the Court to continue the pretrial conference for a period of at least 30 days.

6.	Plaintiffs' counsel, Jared Bedrick, Esquire, has been contacted and assents to this filing.

7.	Due to the nature of this Motion, no supporting memorandum of law is required.

Therefore, the defendant requests that this Court grant this Motion and continue the pretrial conference, currently scheduled for December 12, 2022, for a period of at least 30 days.

JANE E. YOUNG
United States Attorney


By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney
New Hampshire Bar No. 16470
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
Michael.McCormack2@usdoj.gov

Dated:  December 9, 2022