UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, IAN FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BAILEY, in both his individual capacity and his official capacity as Special Agent of the Federal Bureau of Investigation,<br><br>Defendant, | 1:22:cv-100-SM |

## ASSENTED-TO MOTION TO STAY

This matter is currently scheduled for a preliminary pretrial conference to resolve a dispute about the length of discovery in this matter. Recently, the Government has obtained a warrant to search the subject property (1:23-mj-00001-AJ) and has indicated its intent to resolve the case upon completion of the warrant execution.

The Court has the authority to stay this matter under Rule 6(b) of the Federal Rules of Civil Procedure and under its inherent authority to manage its

docket. Therefore, the parties request that this matter be stayed with the expectation that the search will occur and the matter resolved without the need for further litigation.

Respectfully submitted,

SHIRE FREE CHURCH MONADNOCK
IAN FREEMAN
*through counsel*

Dated: 1/24/23   /s/ **Jared Bedrick, #20438**
CHAMPIONS LAW
170 West Road, Suite 6D
Portsmouth, NH 03801
(603) 436-8100
jared@champions.law

*Certificate of Service*

I certify that this day a copy of this filing was served via the Court's ECF filing system upon counsel of record.

/s/ **Jared Bedrick #20438**