UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, )<br>IAN FREEMAN, )<br>                              )<br>    Plaintiffs, )<br>                              )<br>    v. )<br>                              )<br>SCOTT BAILEY, in his official capacity )<br>as Special Agent of the Federal Bureau )<br>of Investigation, )<br>                              )<br>    Defendant. )<br>_____)| No. 1:22-CV-100-SM |

JOINT MOTION TO STAY

On January 24, 2023, this Court granted Plaintiffs' Assented-to Motion to Stay this matter and ordered the case stayed for 60 days. Since that time, the United States obtained a warrant to search the personal property that is the subject of this litigation. The FBI has conducted an initial cursory search of each of the items but needs additional time to search the items in more detail to determine if they contain contraband or if they can be returned to Plaintiffs. For this reason, the parties request that this Court stay this matter for an additional 30 days to allow the FBI additional time to search the remaining devices.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Shire Free Church Monadnock, | JANE E. YOUNG |
| Ian Freeman | United States Attorney |
|  |  |
| By: /s/ Jared Bedrick | By: /s/ Michael McCormack |
| Jared Bedrick, NH Bar No. 20438 | Michael McCormack |
| CHAMPIONS LAW | Assistant U.S. Attorney, NH Bar No. 16470 |
| 170 West Rd., Suite 6D | U.S. Attorney's Office |
| Portsmouth, NH 03801 | 53 Pleasant St. |
| (603) 436-8100 | Concord, NH  03301 |
| jared@champions.law | (603) 225-1552 |
|  | Michael.mccormack2@usdoj.gov |
|  |  |
| Dated:  April 6, 2023 | Dated:  April 6, 2023 |