UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK,<br>IAN FREEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT BAILEY, in his official capacity<br>as Special Agent of the Federal Bureau<br>of Investigation,<br><br>    Defendant. | No. 1:22-CV-100-SM |

## JOINT STATUS REPORT

Undersigned counsel notifies the Court that a search of the personal property that is the subject of this litigation has been completed. The FBI is hopeful that most of the devices can be returned to Plaintiffs within 30 days, at which time this case should be resolved. Counsel for the parties will update the Court with another Status Report on or before June 29, 2023.

                                                    Respectfully submitted,

| | |
|---|---|
| Shire Free Church Monadnock,<br>Ian Freeman | JANE E. YOUNG<br>United States Attorney |
| | |
| By: /s/ Jared Bedrick<br>Jared Bedrick, NH Bar No. 20438<br>CHAMPIONS LAW<br>170 West Rd., Suite 6D<br>Portsmouth, NH 03801<br>(603) 436-8100<br>jared@champions.law | By: /s/ Michael McCormack<br>Michael McCormack<br>Assistant U.S. Attorney, NH Bar No. 16470<br>U.S. Attorney's Office<br>53 Pleasant St.<br>Concord, NH  03301<br>(603) 225-1552<br>Michael.mccormack2@usdoj.gov |
| Dated:  May 30, 2023 | Dated:  May 30, 2023 |