UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, IAN FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT BAILEY, in his official capacity as Special Agent of the Federal Bureau of Investigation,<br><br>Defendant. | No. 1:22-CV-100-SM |

## JOINT STATUS REPORT

Undersigned counsel notifies the Court that the parties are currently negotiating settlement terms. Counsel for the parties will update the Court with another Status Report on or before July 31, 2023.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Shire Free Church Monadnock, Ian Freeman | JANE E. YOUNG<br>United States Attorney |
| By: /s/ Jared Bedrick<br>Jared Bedrick, NH Bar No. 20438<br>CHAMPIONS LAW<br>170 West Rd., Suite 6D<br>Portsmouth, NH 03801<br>(603) 436-8100<br>jared@champions.law | By: /s/ Michael McCormack<br>Michael McCormack<br>Assistant U.S. Attorney, NH Bar No. 16470<br>U.S. Attorney's Office<br>53 Pleasant St.<br>Concord, NH 03301<br>(603) 225-1552<br>Michael.mccormack2@usdoj.gov |
| Dated: June 30, 2023 | Dated: June 30, 2023 |