UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SHIRE FREE CHURCH MONADNOCK,
IAN FREEMAN,

Plaintiffs,

v.

SCOTT BAILEY, in his official capacity as Special Agent of the Federal Bureau of Investigation,

Defendant.

No. 1:22-CV-100-SM

DEFENDANT'S STATUS REPORT

Undersigned counsel notifies the Court that the Defendant has analyzed 16 items of evidence and determined that they can be returned to Plaintiff. Undersigned counsel will coordinate with Plaintiff's counsel for the return of these items as soon as possible, without the need for further Court involvement. The Defendant has analyzed an additional eight items of evidence that contained encryption and/or anti-forensic tools, such that a complete analysis could not be completed. Defendant will work with opposing counsel in an attempt to obtain a resolution as to the disposition of these eight items. Finally, Defendant has identified two items of evidence that contain contraband. Defendant has sought Plaintiff's consent to the destruction of these two items.

Defendant was unable to obtain Plaintiff's concurrence to this Status Report such that it could be filed as a joint report.

Defendant proposes that the parties update the Court with another Status Report on or before September 29, 2023.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney, NH Bar No. 16470
U.S. Attorney's Office
53 Pleasant St.
Concord, NH 03301
(603) 225-1552
Michael.mccormack2@usdoj.gov

Dated: July 31, 2023