UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| SHIRE FREE CHURCH MONADNOCK,<br>IAN FREEMAN, | ) ) ) | |
|     Plaintiffs, | ) ) | |
|     v. | ) ) | No. 1:22-CV-100-SM |
| | ) ) | |
| SCOTT BAILEY, in his official capacity<br>as Special Agent of the Federal Bureau<br>of Investigation, | ) ) ) ) | |
|     Defendant. | ) ) | |

<u>JOINT STATUS REPORT</u>

    Undersigned counsel notifies the Court that the Defendant has analyzed all items of evidence covered by the recently-obtained search warrant.  Most of those items will be returned to Plaintiff, and Plaintiff's counsel has been informed that the items are at the FBI office in Bedford, New Hampshire and can be picked up at any time.  Defendant has identified two items of evidence that contain contraband, and Plaintiff has agreed to allow Defendant to destroy those items.  The parties are hopeful that Plaintiff can collect the items to be returned from Defendant within the next 30 days.

    The parties propose that they will provide the Court with another Status Report on or before November 9, 2023.

Respectfully submitted,

Shire Free Church Monadnock,
Ian Freeman

JANE E. YOUNG
United States Attorney

By:  /s/ Jared Bedrick
Jared Bedrick, NH Bar No. 20438
CHAMPIONS LAW
170 West Rd., Suite 6D
Portsmouth, NH 03801
(603) 436-8100
jared@champions.law

By:  /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney, NH Bar No. 16470
U.S. Attorney's Office
53 Pleasant St.
Concord, NH  03301
(603) 225-1552
Michael.mccormack2@usdoj.gov

Dated:  September 29, 2023

Dated:  September 29, 2023