UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, ) <br> IAN FREEMAN, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> SCOTT BAILEY, in his official capacity ) <br> as Special Agent of the Federal Bureau ) <br> of Investigation, ) <br> ) <br>     Defendant. ) <br> _____) | No. 1:22-CV-100-SM |

## JOINT STATUS REPORT

Undersigned counsel notifies the Court that the Defendant has analyzed all items of evidence covered by the recently-obtained search warrant. Most of those items will be returned to Plaintiff, and Plaintiff's counsel has been informed that the items are at the FBI office in Bedford, New Hampshire and can be picked up at any time. A representative of the Plaintiffs is scheduled to retrieve the items on November 13, 2023. Defendant has identified two items of evidence that contain contraband, and Plaintiff has agreed to allow Defendant to destroy those items.

The parties propose that they will provide the Court with another Status Report on or before December 8, 2023.

| | Respectfully submitted, |
|---|---|
| Shire Free Church Monadnock,<br>Ian Freeman | JANE E. YOUNG<br>United States Attorney |
| By: /s/ Jared Bedrick<br>Jared Bedrick, NH Bar No. 20438<br>CHAMPIONS LAW<br>170 West Rd., Suite 6D<br>Portsmouth, NH 03801<br>(603) 436-8100<br>jared@champions.law | By: /s/ Michael McCormack<br>Michael McCormack<br>Assistant U.S. Attorney, NH Bar No. 16470<br>U.S. Attorney's Office<br>53 Pleasant St.<br>Concord, NH  03301<br>(603) 225-1552<br>Michael.mccormack2@usdoj.gov |
| Dated:  November 9, 2023 | Dated:  November 9, 2023 |