UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SHIRE FREE CHURCH MONADNOCK, ) <br> IAN FREEMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTT BAILEY, in his official capacity ) <br> As Special Agent of the Federal Bureau ) <br> Of Investigation, ) <br> ) <br> Defendant. ) | No: 1:22:CV-100-SM |

DEFENDANT'S MOTION TO DISMISS

Defendant hereby moves this Court to dismiss this action because he has returned all items seized from Plaintiffs. This case is now moot.

Therefore, the defendant asks this Court to dismiss this case.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By: /s/ Michael McCormack
Michael McCormack
Assistant U.S. Attorney, NH Bar No. 16470
United States Attorney's Office
53 Pleasant Street
Concord, NH 03301
(603) 225-1552
michael.mccormack2@usdoj.gov

Dated: December 7, 2023