```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Shire Free Church Monadnock, et al</u>

    v.

                          Case No. 22-cv-100-SM

<u>Scott Bailey</u>


                       <u>JUDGMENT</u>

    Judgment is hereby entered in accordance with the Endorsed Order by Judge Steven J. McAuliffe dated January 2, 2024.

                                      By the Court:

                                      <u>/s/ Tracy A. Uhrin</u>
                                      Tracy A. Uhrin
                                      Chief Deputy Clerk

Date: January 2, 2024

cc:   Counsel of Record